DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEPHEN BYERS,**
Appellant,

v.

**ANTIQUERS AERODROME, INC.,** et al.,
Appellees.

No. 4D2024-3063

[January 22, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; G. Joseph Curley, Jr., Judge; L.T. Case No. 50-2016-CA-013013-XXXX-MB.

Matthew D. Glachman of Glachman & Brill, P.A., Boca Raton, for appellant.

Michele A. Crosa of Poliakoff Backer, LLP, Boca Raton, for appellee Antiquers Aerodrome, Inc.

No appearance for appellee Erich Nikorowicz.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE, and SHAW JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***